James ODOM, Plaintiff–Appellant,

v.

MICROSOFT CORPORATION, a Washington corporation; Best Buy Co., Inc., a Minnesota corporation, Defendants–Appellees.

No. 04–35468.

United States Court of Appeals, Ninth Circuit.

Sept. 28, 2006.

Beth Terrell, Tousley Brain Stephens P.L.L.C., Seattle, WA, Daniel C. Girard, Esq., Aaron M. Sheanin, Esq., Girard Gibbs and de Bartolomeo LLP, San Francisco, CA, Anthony K. Lee, Esq., San Francisco, CA, for Plaintiff–Appellant.

Charles C. Sweedler, Esq., Peter Breslauer, Esq., Charles B. Casper, Esq., Montgomery, McCracken, Walker & Rhoads, Philadelphia, PA, Jonathan M. Palmer, Esq., Heller Ehrman, LLP, Seattle, WA, Michael J. Shepard, Esq., Heller Ehrman, LLP, San Francisco, CA,

Timothy M. Block, Esq., Robbins, Kaplan, Miller & Ciresi, Minneapolis, MN, Stacy S. Schwartz, Esq., Robins Kaplan Miller & Ciresi, Los Angeles, CA, James Richard Murray, Gordon Murray Tilden, LLP, Seattle, WA, J. Kevin Snyder, Esq., Dykema Gossett LLP, Los Angeles, CA, for Defendants–Appellees.

Before MARY M. SCHROEDER, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

---

1. Judges Pregerson, McKeown, Wardlaw, Gould, Clifton, Smith, and Ikuta are recused.